ORIGINAL    WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**18 CRIM 620**

------------------------------------------------ X

UNITED STATES OF AMERICA

    - v. -

MUNISH SOOD,

                Defendant.

: NOTICE OF INTENT TO
: FILE AN INFORMATION
:
:
:
:
:
: **JUDGE WOOD**
:
:

------------------------------------------------ X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 17, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/18

ROBERT S. KHUZAMI
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: _Noah Solowiejczyk/ARF_
    Noah Solowiejczyk
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Richard J. Zack, Esq.
    Attorney for Munish Sood