

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 27, 2019

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/2/19

**BY EMAIL**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States** v. **Munish Sood**, 18 Cr. 620  (ER)

Dear Judge Wood:

The defendant previously pled guilty pursuant to a cooperation agreement with the Government on or about August 27, 2018.  Since that time, the defendant had been continuing to provide cooperation, including testifying as a trial witness in October 2018 in *United States v. Gatto et al.*, 17 Cr. 686 (LAK), and in April 2019 in *United States v. Evans et al.,* 17 Cr. 684 (ER).

The Government is at this time prepared to proceed with sentencing and requests that the Court set a sentencing date and direct the Probation Office to begin preparing a presentence investigation report ("PSR").  The parties respectfully request that the Court direct that the Probation Office prepare the PSR on an expedited basis, as many of the defendant's co-defendants have already been sentenced and thus the Probation Office already has much of the information it requires to prepare the PSR.  The parties respectfully request that the Court set a sentencing date approximately 60 days from the date of this letter.

Sentencing will be held on Wednesday, September 4, 2019, at 10:00 a.m. Defendant's Submission is due by August 21. Government Submission is due by August 28.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. §
515

By: _____
Noah Solowiejczyk
Assistant United States Attorney
Tel: (212) 637-2473

cc: Richard Zack, Esq. (by e-mail)

SO ORDERED:   N.Y., N.Y.

Kimba m. wood 7/1/19

KIMBA M. WOOD
U.S.D.J.