USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/16/19__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

         - v. -

MUNISH SOOD,

                 Defendant.
-----------------------------------------------------------X

18 Cr. 620 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The United States shall submit a brief on the issue of restitution by October 28, 2019.

Defendant shall submit a response by November 4, 2019.

      SO ORDERED.

Dated: New York, New York
          September 16, 2019

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                              United States District Judge