IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) 18 CR 620 | |
| | ) | |
| MUNISH SOOD | ) | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/19

## ORDER

AND NOW, this 26th day of September, 2019, Defendant's passport **IS HEREBY ORDERED** released from pre-trial services and into Defendant's custody or the custody of his attorney.

BY THE COURT:

*/s/ Kimba M. Wood*

**Honorable Kimba M. Wood**
Judge, United States District Court

-1-