IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
)
)
v. ) 18 CR 620
)
)
)
MUNISH SOOD )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/20

## ORDER

AND NOW, this 22nd day of Jan., 2020, the bail posted on behalf of Defendant **IS HEREBY ORDERED** returned to Defendant's wife, Anita Sood, who originally posted the bail.

BY THE COURT:

*Kimba M. Wood*

**Honorable Kimba M. Wood**
Judge, United States District Court

-1-